United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD WARE,

          Plaintiff,

      v.

J. LOPEZ, et al.,

          Defendants.

Case No. 21-cv-07931 EJD (PR)

**JUDGMENT**

    This action is dismissed with prejudice as to all Defendants pursuant to the parties' stipulation for voluntary dismissal with prejudice.  See Dkt. No. 40.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

**Dated:** _____December 22, 2022_____

_____
EDWARD J. DAVILA
United States District Judge